UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney:  HARVIS & FETT LLP

XING MIN ZHUANG

Plaintiff(s)

- against -

Index # 15 CV 6325 KAM RML

Purchased November 4, 2015

CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 23, 2015 at 02:50 PM at

ATTN: LEGAL DEPT.
1 POLICE PLAZA, ROOM 1406
NEW YORK, NY 11201

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER ADOLPH OSBACK, SHIELD NO. 4921 (RETIRED) therein named.

BY LEAVING A TRUE COPY WITH DAVID GOLDFARB, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'7 | 145 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  December 23, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

ANDERSON CHAN
License #: 1220482
Invoice #: 639191

UNITED PROCESS SERVICE, INC.  3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045