AO 85A (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 09 2016 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Xing Min Zhuang | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15 CV 6325 (KAM) (RML) |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

Motions: Motion for default judgment against defendant Adolph Osback
(Docket Entries 14 and 17)

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Xing Min Zhuang | /s/ | 11/04/2016 |
| City of New York | /s/ | 11/04/2016 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. 636(c).

Date: 11/7/16

So Ordered: s/KAM
Kiyo A. Matsumoto  *District Judge's signature*
U.S. District Judge
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.