

**DISTRICT ATTORNEY**
**QUEENS COUNTY**
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568

**Richard A. Brown**
District Attorney

(718) 286-6000
www.queensda.org



March 20, 2017

Gabriel Harvis, Esq.,
Harvis & Fett, LLP
305 Broadway, 14th Floor
New York, New York 10007

                      Re:    *Xing Min Zhuang v. City of New York, et.al.,*
                               Civil Action No. 15-CV-6325 (KAM) (RML)

Dear Mr. Harvis:

      The Queens County District Attorney's Office objects to your subpoena, pursuant to Rule 45 of the Federal Rules of Civil Procedure, in accord with Rule 45(c)(2)(A) of the Federal Rules of Civil Procedure (F.R.C.P.). Please note that no federal subpoena fee accompanied the subpoena. Kindly remit the $45.00 fee.

      On March 6, 2017, our office received your subpoena for production of documents and materials on or before March 20, 2017. The subpoena requires disclosure of privileged or otherwise protected material, as it directs this Office to produce "QCDA's files regarding the prosecutions PSNY v. Stephen Anderson and PSNY v. Adolph Osback."

      As an initial matter, a search for "Adolph Osback" returns a case that has been sealed pursuant to section 160.50 of the Criminal Procedure Law. It thus cannot be accessed or disclosed without a court-ordered unsealing order.

*Xing Min Zhuang v. City of New York* 2
March 20, 2017

  Furthermore, this Office raises a general objection to your request on the grounds, of vagueness, failure to demonstrate relevance, and over-breadth. The request fails to identify the documents sought with sufficient particularity. Indeed, a search of the People's files for a defendant named "Stephen Anderson" returns results for several different individuals. Thus, this request is vague and overbroad, improperly seeks irrelevant information, and unduly burdens this Office.

  In addition, your demand that such documents be produced by March 20, 2017, does not allow a reasonable time to comply. *See* Rule 45(c)(3)(A)(i).

  The Queens County District Attorney's Office reserves the right to amend this Rule 45 letter to raise detailed objections at a later time. And this Office's decision not to raise them in this letter should not be construed as a waiver of any right. The Office also reserves the right to seek copying costs associated with responding to the subpoena.

  Should you believe that court action pursuant to Rule 45(c)(2)(B) is necessary, please afford reasonable notice.

Very truly yours,

Deborah E. Wassel
Assistant District Attorney
(718) 286-5860

cc:  United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, New York 11201

    Elissa Fudim, Esq.
    Assistant Corporation Counsel
    New York City Law Department
    100 Church Street
    New York, New York 10007



DISTRICT ATTORNEY OF QUEENS COUNTY N.Y.
125-01 Queens Boulevard, Kew Gardens, New York 11415-1568



U.S. POSTAGE >> PITNEY BOWES

ZIP 11415  $ 000.46
02 1W
0001403946 MAR 20 2017



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
MAR 23 2017
BROOKLYN OFFICE

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201