UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



-------------------------------------------------------------------- x

XING MIN ZHUANG,

                  Plaintiff,

-against-

CITY OF NEW YORK; Detective ADOLPH OSBACK, Shield No. 4921; Detective STEPHEN ANDERSON, et al.,

                  Defendants.

-------------------------------------------------------------------- x

**CERTIFICATE OF DEFAULT**

15 CV 6325 (KAM) (RML)

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Stephen Anderson has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Anderson is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:     Brooklyn, New York

           June 5th, 2017

                              DOUGLAS C. PALMER, Clerk of Court

                              By: /s/ Janet Hamilton   Deputy Clerk