UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

XING MIN ZHUANG,

                                     Plaintiff,

            -against-

CITY OF NEW YORK, ADOLF OSBACK, and STEVEN ANDERSON,

                                     Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-6325 (KAM) (RML)

------------------------------------------------------------------X

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
Dec 13, 2017

HARVIS AND FETT
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

By: _____
Gabe Harvis
*Attorney for Plaintiff*

The Richman Law Group
*Attorneys for Plaintiff*
81 Prospect Street
New York, NY 11201
(212) 687-8291

By: _____
Kim Richman
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Elissa Fudim
*Senior Counsel*

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2